# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*February 16, 2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| TOSCANO Guzman, Juan Carlos | ) | Case No. M-22-0321-M |
| YOB: 1958 | ) | |
| COB: MEXICO | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 15, 2022** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1) | Knowingly and intentionally possess with the intent to distribute 500 grams or more, that is approximately 2,598 kilograms of liquid methamphetamine, a Schedule II Controlled Substance under the Controlled Substance Act. |

This criminal complaint is based on these facts:
SEE ATTACHMENT A

☑ Continued on the attached sheet.

Complaint authorized by AUSA Jongwoo Chung

/s/ Raul Campos Jr.
*Complainant's signature*

Raul Campos, DEA Task Force Officer
*Printed name and title*

Sworn and attested to via reliable telephonic means in compliance with the Federal Rules of Criminal Procedure 4.1 and probable cause found on:

Date: February 16, 2022  6:52 AM

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

On February 15, 2022, Pharr Police Department (PPD) Officer Humberto Salinas, after responding to a call for service on an unrelated matter, observed three (3) individuals pouring a liquid substance from large barrels into smaller buckets at an empty property lot located in Pharr, Texas. Officer Salinas approached one of the three (3) male subjects, later identified as Juan Carlos TOSCANO Guzman (hereafter TOSCANO), and engaged in a consensual conversation. During the conversation, Officer Salinas noticed that several tanker trailers on the property did not have hazard placards and notified dispatch. Dispatch notified the Pharr Fire Department (PFD). When PFD arrived on scene and approached the tanker trailers and barrels, they noticed crystallization around the barrels and crystallization in a clear plastic hose hanging across the chain linked fence. Both PPD and PFD tested the liquid substance within the barrels, which tested presumptive positive for methamphetamine. DEA Clan Lab Special Agents later arrived, tested the liquid substance, and estimated approximately seven hundred (700) gallons (approximately 2,598 kilograms) inside the tanker trailer and eight (8) 55 gallon barrels tested presumptive positive for methamphetamine.

Drug Enforcement Administration (DEA) Task Force Officer (TFO) Raul Campos arrived on scene with DEA Special Agent (SA) Robert Rodriguez and read TOSCANO his Miranda Rights in his preferred language of Spanish. TOSCANO stated he understood his rights and stated he would answer questions without an attorney present.

During the interview, TOSCANO stated that he lived in Mexico, and he recently traveled to the United States after his brother hired him to load and unload tanker trailers in the United States. TOSCANO further admitted that he was to be paid $500 per week for performing this work. TOSCANO stated that he believed he was loading soap into the tanker trailers. Investigators noticed that the substances did not have any odor of soap.

TOSCANO provided investigators consent to search his cell phone. During the examination of the cell phone, investigators observed that the defendant sent photographs of the 55 gallon barrels to his brother and messages stating that he picked up the "product" from another location in Pharr, Texas and transported it the incident location. Investigators also observed that TOSCANO sent pictures and messages to his brother regarding his daily progress of loading the substances in the barrel to the tanker trailer. TOSCANO also sent photographs of PPD officers to his brother and a second person during the consensual encounter.

TOSCANO provided investigators with consent to search TOSCANO's motel room in Hidalgo, Texas. During the search of TOSCANO's motel room, investigators located three (3) bottles containing a liquid substance inside the bathroom, which tested presumptive positive for methamphetamine.